No. 374, Misc.   ROEDEL v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 448, Misc.   WILLIAMS v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 449, Misc.   WYATT v. SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 149.   OHIO EX REL. GREISIGER ET AL. v. GRAND RAPIDS BOARD OF EDUCATION ET AL., 340 U. S. 820.   Motion for leave to file petition for rehearing denied.

No. 450.   GARRETT ET AL. v. FAUST ET AL., 340 U. S. 931.   Rehearing denied.

No. 481.   MACARTHUR MINING CO., INC. v. RECONSTRUCTION FINANCE CORPORATION, 340 U. S. 943.   Motion for oral argument on the petition for rehearing denied.   Rehearing denied.   MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

No. 572.   DELTA DRILLING CO. ET AL. v. ARNETT, 340 U. S. 954.   Rehearing denied.

APRIL 25, 1951.

No. 643.   POHL ET AL. v. ACHESON, SECRETARY OF STATE, ET AL., ante, p. 916.   Order denying certiorari withheld on motion of counsel for petitioners.   MR. JUSTICE JACKSON took no part in the consideration or decision of this motion.   Warren E. Magee for petitioners.   Solicitor General Perlman for respondents.